IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  04-CR-00403-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      CARLOS ZAPATA-HERNANDEZ,
2.      SERGIO ZAPATA-HERNANDEZ, a/k/a "Tito", a/k/a "Titillo", a/k/a "Lucas",
3.      FABIAN MIRANDA-URBINA, a/k/a "Chino",
4.      ARNOLDO ZAPATA, a/k/a "Lolo",
5.      JOSE ALFREDO ZAPATA, a/k/a "Alfredo",
6.      JAIME ARMENDARIZ,
7.      RAMON ZAPATA,
8.      JAIME ZAPATA, a/k/a "Rudy", a/k/a "Jimmy", a/k/a "Chasco",
9.      EFRAIN VENZOR,
10.    ALBERTO CABRAL, a/k/a "Beto", a/k/a "Tio Beto",
11.    ARTEMISA ZAPATA-MONTOYA,
12.    HUMBERTO GALVAN, a/k/a "Beto",
13.    LILIAN GALVAN, a/k/a "Petunia", a/k/a "Yiya",
14.    BARBARA ZAPATA,
15.    OSCAR ZAPATA, a/k/a "Karin",
16.    MICHAEL ROMERO, a/k/a "Mike",
17.    RENE ALVAREZ,
18.    JOSE ANGEL PEREZ, a/k/a "Primo",

       Defendants.

_____

ORDER
_____

      For the reasons stated on the record during the December 2, 2005 hearing, it is
ORDERED that:

1) Jaime Armendariz's oral motion to join in the June 30, 2005 stipulation concerning the
Government's *James* proffer and Rule 801(d)(2)(E) statements is GRANTED;

2) Jose Alfredo Zapata not having filed any objections to the Government's James proffer, he will be deemed also to join in the June 30, 2005 stipulation unless he otherwise notifies the Court on or before 10 days from today;

3) the defendants shall cooperate in filing any motion to suppress wire tap evidence on or before January 6, 2006 and each defendant shall have until January 27, 2006 to supplement the motion with information or objections particular to him or her;

4) the Government shall respond to any and any wire tap suppression motion and all supplements on or before March 3, 2006;

5) a hearing on any wire tap suppression motion and all supplements shall occur on April 7, 2006 at 9:00 A.M., for which all defendants and counsel shall be present.

Dated: December ___5___, 2005 in Denver, Colorado.

                                        BY THE COURT:


                                        ___s/Lewis T. Babcock_____
                                        Lewis T. Babcock, Chief Judge