IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  04-CR-00403-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CARLOS ZAPATA-HERNANDEZ,
2.     SERGIO ZAPATA-HERNANDEZ, a/k/a "Tito", a/k/a "Titillo", a/k/a "Lucas",
4.     ARNOLDO ZAPATA, a/k/a "Lolo",
5.     JOSE ALFREDO ZAPATA, a/k/a "Alfredo",
6.     JAIME ARMENDARIZ,
7.     RAMON ZAPATA,
8.     JAIME ZAPATA, a/k/a "Rudy", a/k/a "Jimmy", a/k/a "Chasco",
9.     EFRAIN VENZOR,
10.     ALBERTO CABRAL, a/k/a "Beto", a/k/a "Tio Beto",
11.     ARTEMISA ZAPATA-MONTOYA,
12.     HUMBERTO GALVAN, a/k/a "Beto",
13.     LILIAN GALVAN, a/k/a "Petunia", a/k/a "Yiya",
15.     OSCAR ZAPATA, a/k/a "Karin",

        Defendants.
_____

ORDER
_____

        The Government has filed a Motion For an Order to Provide Voice Exemplars, seeking compulsion of the defendants.  Anticipating that it will introduce intercepted and recorded telephone conversations during the course of trial, currently scheduled to commence on August 14, 2006, it cites Rule 16 and 28 U.S.C. § 1651.  All of the defendants except Efrain Venzor and Lillian Galvan oppose the motion.

        Though it is true that the defendants do not enjoy a constitutional right to refuse to provide voice exemplars, it is equally true that the Government's motion is untimely.  As several of the defendants point out, the indictment in this case issued in September, 2004.  Trial is imminent.

        For these reasons and for the other reasons stated during the June 30, 2006 hearing, it is ORDERED that the motion is GRANTED as to Efrain Venzor and Lillian Galvan and DENIED

as to all other defendants. The government shall employ a court-certified stenographer and may employ a videographer to record the voice exemplar sessions. The sessions may be at the office of the United States Attorney, and the parties shall schedule the sessions by agreement. The materials to be read aloud by Mr. Venzor and Ms. Galvan for the purposes of providing the voice exemplar will be provided to them by the government's agents at the exemplar recording session. Counsel of record or an associate shall have the opportunity to be present during the exemplar recording session.

Dated: June __30__, 2006, in Denver, Colorado.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge